USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/20/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SURFSIDE SOLUTIONS INC.,

Plaintiff,

-against-

HELIX HOUSE LLC,

Defendant.

24-CV-6305 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff filed its complaint on August 21, 2024. (Dkt. 1.) Plaintiff served defendant Helix House LLC on October 23, 2024 (Dkt. 8), making defendant's answer due November 13, 2024. Although that date has come and gone, Helix House LLC has not appeared and has not filed an answer to the complaint. To date, plaintiff has not requested a certificate of default.

It is hereby ORDERED that, if Helix House LLC has not answered or otherwise responded to the complaint before **December 4, 2024**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York
       November 20, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**