UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Surfside Solutions Inc., <br><br>                Plaintiffs, <br><br>       v. <br><br> Helix House LLC., <br><br>                Defendant. | 24-CV-06305 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On August 21, 2024, Plaintiff filed its Complaint. ECF No. 1. On November 11, 2024, Plaintiff filed proof of service as to Defendant Helix House, LLC. *See* ECF No. 8. To date, Defendant has not appeared.

It is hereby ORDERED that Plaintiff shall file a letter on ECF by December 16, 2024, describing any communication it has had with Defendant and describing its efforts to provide Defendant with actual notice of this lawsuit.

Dated: December 9, 2024
       New York, New York

                                                  DALE E. HO
                                        United States District Judge