UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SURFSIDE SOLUTIONS INC.,

                Plaintiff,

      v.

HELIX HOUSE LLC,

                Defendant.

24-CV-6305 (DEH)

ORDER

---

DALE E. HO, United States District Judge:

Defendant in this action appears to be in default. Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-dale-e-ho), **within three weeks of the date of this Order**. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

Plaintiff shall electronically serve a copy of this Order on Defendant **within two business days of the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: December 17, 2024
       New York, New York

                                                DALE E. HO
                                              United States District Judge