UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SURFSIDE SOLUTIONS INC.,

                              Plaintiff,

            v.

HELIX HOUSE LLC,

                              Defendant.

24-CV-6305 (DEH)

ORDER

DALE E. HO, United States District Judge:

On January 7, 2025, Plaintiff Surfside Solutions Inc. filed its Motion for Default Judgment against Defendant Helix House LLC.  ECF No. 17.  That same day, this Court issued an Order that, *inter alia*, directed Defendant to file an opposition to Plaintiff's motion by January 14, 2025.  ECF No. 18.  Counsel for Defendant made an initial appearance on January 14, 2025, ECF No. 20, and Defendant filed a declaration in opposition to Plaintiff's motion also on that date.[1]

It is hereby ORDERED that the default judgment conference scheduled for January 15, 2025, is ADJOURNED SINE DIE.  It is also ORDERED that attorneys for the parties shall submit a joint status letter by January 24, 2025, describing whether the settlement efforts described in Defendant's declaration have been consummated and, if not, proposing next steps in this litigation.

SO ORDERED.

Dated: January 15, 2025
       New York, New York

DALE E. HO
United States District Judge

---

[1] Defendant is reminded that, as noted in the Court's Order dated January 7, 2025, corporate entities may appear in federal court only through licensed counsel.  *See* Lattanzio v. COMTA, 481 F.3d 137, 140 (2d Cir. 2007).  Defendant's future filings should be submitted *and signed* by its attorney.