UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| **SURFSIDE SOLUTIONS INC.**,<br><br>Plaintiff,<br><br>v.<br><br>**HELIX HOUSE LLC**,<br><br>Defendant. | Case No.: 1:24-CV-6305-DEH-BCM<br><br>**JUDGMENT** |

This action having been commenced on August 21, 2024, by the filing of the Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Helix House LLC, on October 23, 2024, by personal service on Defendant's Agent for Service of Process, Jonathan Brooks, and a proof of service having been filed on November 4, 2024 (Dkt. 8), the Defendant not having answered the Complaint, the time for answering the Complaint having expired, the Defendant not responding to the Plaintiff's motion for default judgment, and the Court holding a hearing on April 23, 2025, it is

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiff have judgment against Defendant Helix House LLC in an amount to be determined at inquest. Plaintiff is further entitled to post-judgment interest from April 3, 2025, at the contractual rate of 12%, until such time as the judgment is paid.

SO ORDERED. The Clerk of Court is respectfully directed to terminate ECF No. 31.

Dated: April 23, 2025
New York, New York

Hon. Dale E. Ho
United States District Judge

1