UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| **SURFSIDE SOLUTIONS INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **HELIX HOUSE LLC**, <br><br> Defendant. | Case No.: 1:24-CV-6305-DEH-BCM <br><br> **[PROPOSED] JUDGMENT** |

    This action having been commenced on August 21, 2024, by the filing of the Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Helix House LLC, on October 23, 2024, by personal service on Defendant's Agent for Service of Process, Jonathan Brooks, and a proof of service having been filed on November 4, 2024 (Dkt. 8), the Defendant not having answered the Complaint, the time for answering the Complaint having expired, the Clerk of Court having issued a Clerk's Certificate of Default on December 6, 2024, the Defendant not responding to the Plaintiff's motion for default judgment, and the Court having held an inquest as to damages and Magistrate Judge Moses having issued a Report and Recommendation on July 11, 2025, which was fully adopted on October 22, 2025, it is

    **ORDERED, ADJUDGED AND DECREED**: That the Plaintiff have judgment against Defendant Helix House LLC in the liquidated amount of $264,794.90, representing $195,249.72 in principal plus pre-judgment interest at the rate of 12% (approximately $61,770.18 as of October 23, 2025) and $7,775 in attorneys' fees, in addition to post-judgment interest at the federal statutory rate.

1

Dated: _____, New York
       _____, 2025

By: _____
    Hon. Dale E. Ho
    United States District Judge

    This document was entered on the docket on

    _____.